**DAVID S. SILBER SBN 176377**
ATTORNEY AT LAW
228 Commercial Street # 304
Nevada City, CA 95959
Telephone: (530) 265-9529
Facsimile: (530) 687-0306

Attorney for Plaintiff
JAMES GRAHAM

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>PHILLIP MARSCHON HALEY,<br>Debtor(s).<br><br>JAMES GRAHAM,<br>Creditor /Objector,<br><br>vs.<br><br>PHILLIP MARSCHON HALEY, Debtor(s);<br>Respondents. | No.: 09-43167-A-7<br>DC No: DSS-2<br><br>COMPLAINT OBJECTING TO<br>DISCHARGE IN BANKRUPTCY<br>PROCEEDING FOR TRANSFER,<br>REMOVAL, DESTRUCTION, OR<br>CONCEALMENT OF PROPERTY<br>WITHIN ONE YEAR PRECEDING<br>FILING OF PETITION AND FOR FRAUD<br>PURSUANT TO 11 USC § 523 AND<br>§ 727 |

### COMPLAINT

1.     Plaintiff, James Graham *(Creditor),* whose mailing address is P O Box 105; Penn Valley, California 95946, is a creditor of the above-named Debtor.

2.     Defendant, Phillip Marschon Haley *(Debtor),* of 780 Indiana Street, Gridley, California 95948is the Debtor in the above-captioned proceedings.

3.     This is an action under 11 U.S.C.A. § 727(c) objecting to the discharge of the Defendant Debtor. The court has jurisdiction of this case pursuant to 28 U.S.C.A. § 1334. Attorney for Plaintiff has investigated the actions of Debtor and being satisfied that the proper

grounds exist for denial of the discharge of the Debtor, objects to granting of discharge of the Debtor. The grounds for such objection are set forth in the following paragraphs.

4. Debtor, Phillip Marschon Haley agreed to a Stipulated Judgment in Butte County California Superior Court Case Number 135388 on November 2, 2006, to pay James Graham a settlement of the lawsuit in the amount of $50,000.00. It was further stipulated that based on allegations charged in the Complaint against Haley based on Fraud, under the United States Bankruptcy Code, the debt could not be discharged in Bankruptcy. (See Exhibit "1")

5. The stipulated settlement was breached by the Debtor, when he refused to pay the stipulated payments. Evidence of the breach was contained in a letter sent by Debtor Phillip Marschon Haley to Creditor James Graham dated February 15, 2008 wherein Haley informed Graham that he would not make the agreed and stipulated payments. (See Exhibit "2")

6. Prior to sending the letter wherein Debtor Haley, stated to Creditor Graham that he would not make the agreed payments, Haley fraudulently transferred his interest in 3 parcels of Real Property and his business interests to Ozella Faye Haley by Interspousal Transfer Deed on January 9, 2008. (See Exhibit "3")

7. After he was notified by Debtor Haley that he would not be paid Creditor Graham, by and through his attorney moved the Superior Court for an Order enforcing the Settlement and Judgment thereon. The Superior Court granted an Order to Enforce the Settlement Agreement and Judgment thereon in favor of Creditor James Graham against Debtor Phillip Marschon Haley. Judgment in favor of Creditor James Graham was entered on May 7, 2008. (See Exhibit "4")

8. Additionally the transfer of the property by Interspousal Transfer Deed by Phillip Marschon Haley to Ozella Faye Haley was unlawful and fraudulent in that Phillip Marschon Haley and Ozella Faye Haley are not and were not spouses at the time the transfer was made. All acts taken by Debtor Haley were in furtherance of his plan to defraud Creditor James graham of the judgment that he lawfully obtained. Creditor Graham believes that the debt that Haley owes him should not be allowed to be discharged.

9. On January 9, 2008, which is a date subsequent to the first day of the year immediately preceding the filing of the Debtor's bankruptcy Petition on October 26, 2009,

2

Debtor Haley, with intent to hinder, delay, or defraud Debtor's creditors, transferred, removed, concealed and permitted to be removed and concealed, certain of Debtor's property, specifically Real Property located in the City of Gridley, California located and identified by the parcel numbers; AP No. 010-180-005; AP NO. 009-111-021; AP NO. 010-180-021-000; and three businesses that he held interest in including Kid's Castle, Kid's Korral and Elite Steel Building Systems. Debtor did make a false Interspousal transfer to Ozella Faye Haley who was not his spouse, for no legal and/or valuable consideration.

   For the reasons shown above, Debtor should be denied discharge.

   THEREFORE, Plaintiff prays that:

   Debtor be denied a discharge for the several reasons alleged in the above and foregoing Complaint

  That this Honorable Court set the day and date for hearing on this objection to discharge and further prays for all orders and decrees necessary in the premises.

**Respectfully Submitted,**

By_____

**DAVID S. SILBER, ATTORNEY FOR
PLAINTIFF AND CREDITOR
JAMES GRAHAM**

COMPLAINT OBJECTING TO DISCHARGE

## Certificate of Service

This is to certify that I, David S. Silber, attorney for James Graham, Plaintiff in the above-styled and numbered proceeding, have this date served a true and correct copy of the above and foregoing Complaint by U.S. Mail, postage fully prepaid, to the following counsel of record for Defendant:

Douglas B. Jacobs

Jacobs, Anderson, Potter and Chaplin

20 Independence Circle

Chico, CA 95973

And through the electronic filing system of the caeb.uscourts.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this the **20**th day of January, 2010.

**Respectfully Submitted,**

_David S. Silber_

David S. Silber SBN 176377
Attorney for Plaintiff, James Graham
228 Commercial Street # 304
Nevada City, CA 95959
(530) 265-9529

**COMPLAINT OBJECTING TO DISCHARGE**

EXHIBIT "1"

F I L E D

Butte County
Superior Court

NOV - 2 2006

Sharon Strickland Clerk

By ___ M. McCall ___ Deputy

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF BUTTE
### SETTLEMENT AGREEMENT

Case #: _135388_   Case Title: _Graham_ v. _Haley_

Date: _11/2/06_   Settlement Conference Judicial Officer: _Roberts_

The persons whose signatures appear below acknowledge that they understand the terms of the settlement, agree to sign the formal settlement agreement and fully to perform its terms and conditions.

## TERMS AND CONDITIONS

1. The defendant(s) or its (their) insurer(s) shall pay $_50,000_ _Haley_ to the plaintiff and his or her attorney in consideration of the extinguishment of all claims made in the pending action, the execution by plaintiff(s) of a General Release and the dismissal of the pending action. _π_ shall within _10_ days prepare and circulate a Release and Settlement Agreement; _π = 60 days_ shall prepare and file the dismissal.

2. The parties acknowledge that the settlement is a full and final resolution of all claims known or unknown, accrued or unaccrued. The parties acknowledge that all claims made in the pending action are fully and finally extinguished by this agreement and that each party making a claim for damages or other relief against another party cannot come back to court and ask for new or additional relief or money for matters arising out of the facts stated in the pleadings even if they discover injuries, damages or claims they did not know existed at the time this settlement was reached.

    The parties waive any rights they may have under Civil Code section 1542 which Provides as follows:

    **"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."**

3. Plaintiff(s) agrees to hold the defendant(s) harmless from any lien claims of third parties to the proceeds of the settlement.

4. Each side acknowledges that it has incurred attorney's fees and costs in connection with this action and each party agrees to bear its own attorneys fees and costs, unless otherwise stated herein.

5. The parties acknowledge that they participated voluntarily and agreed to the settlement without duress or coercion.

6. The parties agree that this Settlement Agreement is enforceable pursuant to CCP 664.6.

7. OTHER TERMS AND CONDITIONS:
   ( ) Approval of a minor's compromise.
   ( ) Approval by the governing body of a public entity, to wit: _____
   ( ) The entire action shall be dismissed [with/without] prejudice when the terms of the settlement have been fully performed. The settlement contemplates that a formal Release and Settlement Agreement in a form normally utilized in claims of this type will be prepared and executed by the parties and their attorneys as provided in paragraph 1, supra.
   (X) Additional terms and conditions: _$50,000 Note @ 6% interest (simple) payable int. only @ $250/mo. all due in 3 years; acceleration clause, no prepayment penalty; stipulation re non dischargeability in BK based on facts alleged in complaint pursuant to fraud provision ~ US BK Code_

_first paymt due 12/15/06_

2/14/2006

Plaintiff(s)

| Print Name of Plaintiff(s) | Signature of Plaintiff(s) or Representative | Attorney Initials |
|---|---|---|
| Graham | _James A. Graham_ | _signature_ |

Defendant(s)

| Print Name of Defendant(s) | Signature of Defendant(s) or Representative | Attorney Initials |
|---|---|---|
| Halley | _Phillip W. Halley_ | _initials_ |

**Third Party Lien Claimant(s)**

| Print name of Lien Claimant | Signature of Lien Claimant or Representative | Attorney Initials |
|---|---|---|
| | | |

## FINDINGS AND ORDERS BY SETTLEMENT JUDGE

(X) The matter is settled in its entirety. Each of the parties to the settlement have indicated that they understand its terms, agreed to sign the Settlement Agreement and Release and to do all things necessary fully to perform its terms and conditions.

( ) The matter is settled as to _____ only.

( ) The court approves the settlement, orders the parties to comply with the executory provisions thereof and orders the agreed disposition enforceable by motion pursuant to CCP 664.6.

( ) The trial date, mandatory settlement conference date and all law and motion dates are vacated.

( ) Trial on remaining issue is [confirmed/continued] to _____, 20___ at _____ am/pm.

( ) The case is continued to _____, 20___ at _____ am/pm, for receipt of dismissal documents. If the dismissal has been filed, no appearances are necessary. The matter will be ordered dismissed on that date unless a motion to vacate this order is filed by counsel prior to that date.

DATED: _Nov. 2, 2006_            _Barbara L. Roberts_
                                  Judge of the Superior Court

DO NOT DESTROY THIS ORIJNAL NOTE: When paid, said original note, together with any instrument securing the same, must be surrendered to the Trustee for cancellation and retention before reconveyance will be made.

## PROMISSORY NOTE
### (Straight Note)

$50,000.00, Chico, California, County of Butte, ~~January~~ February *5*, 2007, after date, for value received, Phillip Haley promises to pay Highway 20 Industrial Park, a California General Partnership, or order at P.O. Box 106, Penn Valley, CA 95946, the sum of FIFTY THOUSAND DOLLARS, with interest on the unpaid principal amount at the rate of SIX (6) percent per annum, payable monthly in equal installments of Two Hundred and Fifty ($250.00) Dollars, interest only for a period of three (3) years, ending November 14, 2009. At such time, the entire principal balance shall be due and payable. Payments shall commence ion December 15, 2006 and shall be due on the 15th of each month until such time as the entire balance is due.

Should default be made in payment of interest when due, the whole sum of principal and interest shall become immediately due at the option of the holder of this note. Interest after default shall continue at the rate stated above, unless otherwise provided in writing above this paragraph. Principal and interest are payable in lawful money of the United States.

If the borrower/trustor shall sell, convey or alienate said personal or real property pledged as security, or any part thereof, or any interest therein, or shall be divested of title or any interest therein in any manner or way, whether voluntarily or involuntarily, without the written consent of the beneficiary being first had and obtained, beneficiary shall have the right, at its option, to declare any indebtedness or obligations secured hereby, irrespective of the maturity date specified in any note evidencing the same, immediately due and payable.

If action be instituted on this note, the borrower/trustor herein promises to pay such sum or sums as a court of competent jurisdiction may fix as attorney's fees and costs.

_____                    _2/05/07_
Phillip Haley                                        Date Signed

## DO NOT DESTROY THIS NOTE

EXHIBIT "2"

896-146   RECEIVED 2-16-08   10 2

Hi Jim,                                    2/15/08

I don't have your phone number, or I would have preferred to have called you. The attorney kept everything, I guess til he's better paid.

First of all, I'm really sorry for how everything went with STAR. I think we both agree, that they are really "Sorry Bastards" to say the least.

I hated being caught in the middle of it, but I have to tell you, if I had it all to do again, under the same circumstances, I don't know what I could have or would have done any different. If you could have got the truth from the STAR guy in Ok, you would know I really did try to help you, even though I don't expect you to believe that.

Secondly, I can only fantasize ever having $50,000. It would sure be nice, but I'm not expecting that to ever happen, not even in my next life. I'll never win the lottery, since I won't buy tickets.

Your settlement says it's suppose to be secured by a "Deed of Trust," I'm not sure of what that means or how it can possibly be done, if I don't have any property. The only thing I have in my name (along with my wife) is my truck, which I owe more on it than it's worth and as bad as things have been going I might loose it, too.

I don't know how the economy has affected you, but for me it's been terrible and don't see any sign of it getting better in the near future.



I'm not asking for your sympathy, but beside The poor economy, I've been in + out of the hospital a couple of times, since I last seen you in Chico. Medical bills have of course ruined my credit, without insurance. A judgement for $38,500.⁰⁰

I don't know what you could do to make matters any worse than they are. Nothing that I would need to worry about, anyway.

I'll be retired in a couple of months and most likely be moving back to Oklahoma, where I can qualify for Indian health care.

Even though, I don't know why and really feel stupid for making you payments for over the past year, I'm going to offer you a $1,000.⁰⁰ cash, to settle and put final closure to your claim. That's better than State did for you and I have no reason to even feel or be guilty of anything. That's my best offer.

My offer is good for 10 days, otherwise I certainly have other places or ways of spending the money.

If you don't accept it, I'll just figure I will owe you for the rest of my life before I would ever bail you out of it.

Only if you want to accept, I'm not interested in negotiating, you can call me and we can probably meet at the court house in Oroville Ca. My Phone Number (530) 846-4562.

Phil Harvey

EXHIBIT "3"


**RECORDING REQUESTED BY:**
Ozella Faye Haley
AND WHEN RECORDED MAIL THIS
DOCUMENT AND TAX STATEMENTS
TO:

Name    **Ozella Haley**

Street Address    **780 Indiana Street**

City, State Zip    **Gridley, CA 95948**

Order No.

Recorded
Official Records
County of
Butte
CANDACE J. GRUBBS
County Clerk-Recorder

| REC FEE    13.00

| MZ
02:43PM 11-Jan-2008 | Page 1 of 3

SPACE ABOVE THIS LINE FOR RECORDER'S USE

AP# 009-111-021    **INTERSPOUSAL TRANSFER DEED**

3
MZ

(EXCLUDED FROM REAPPRAISAL UNDER CALIFORNIA CONSTITUTION ARTICLE 13 A SEC 1 ET. SEQ.)

**This is an Interspousal Transfer and not a change in ownership under Sec. 63 of the Revenue and Taxation Code and Grantor(s) has (have) checked the applicable exclusion from appraisal:**

☐   **A transfer to a trustee for the beneficial use of a spouse, or the surviving spouse of a deceased transferor, or by a trustee of such a trust to the spouse of the trustor**

☐   **A transfer to a spouse or former spouse in connection with a property settlement agreement or decree of dissolution of marriage or legal separation, R & T 11927or**

☑   **A creation, transfer, or termination, solely between spouses, or any co-owners interest R & T 11911.**

☐   **The distribution of a legal entity's property to a spouse or former spouse in exchange for the interest of such spouse in the legal entity in connection with a property settlement agreement or a decree of dissolution of a marriage or legal separation.**

☐   **Other _____ .**

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,:**
**PHILLIP HALEY, spouse of Grantee herein**

**hereby GRANT(S) to**
**OZELLA HALEY, a married woman as her separate property**

**the following real property in the City of BUTTE, County of Butte, State of California:**

**SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF**

Dated: January 9, 2008

_Phillip Haley_ (signature)

Phillip Haley



INTERSPOU

**STATE OF CALIFORNIA**     } ss:

**COUNTY OF BUTTE**

On _January 11, 2008_ , before me, _Lynette Garton, Notary Public,_

personally appeared <u>Phillip Haley</u>

---

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

| FOR NOTARY SEAL OR STAMP |
| --- |
|  LYNETTE GARTON<br>Comm. # 1652890<br>NOTARY PUBLIC-CALIFORNIA<br>County of Butte<br>Comm. Expires April 17, 2010 |



**Exhibit A**

**LEGAL DESCRIPTION**

THE LAND REFERRED TO HEREIN IS DESCRIBED AS FOLLOWS:

ALL THAT CERTAIN REAL PROPERTY SITUATE IN THE CITY OF GRIDLEY, COUNTY OF BUTTE, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEING ALL OF LOT FIVE (5) AND THAT PIECE AND PARCEL OF LOT FOUR (4) DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST CORNER OF LOT FIVE (5); THENCE NORTHERLY ALONG THE WEST SIDE OF SAID LOT FOUR (4), 55.07 FEET TO A POINT; THENCE SOUTHEASTERLY SOME 114.09 FEET TO A POINT ON THE EAST LINE OF SAID LOT FOUR (4), 24.81 FEET NORTH OF THE NORTHEAST CORNER OF SAID LOT FIVE (5); THENCE FROM SAID POINT SOUTHERLY 24.81 FEET ALONG SAID EAST SIDE OF LOT FOUR (4) TO THE SAID NORTHEAST CORNER OF LOT FIVE (5); THENCE WESTERLY ALONG THE NORTH LINE OF LOT FIVE (5) TO THE POINT OF BEGINNING; ALL IN BLOCK FORTY-THREE (43) OF THE CITY OF GRIDLEY, AS THE SAME IS SET DOWN IN THE RECORDED PLAT THEREOF NOW ON FILE IN THE RECORDER'S OFFICE OF SAID BUTTE COUNTY.

AP NO. 009-111-021

EXCEPTING THEREFROM THE SOUTHERLY 40 FEET OF LOT 5 OF THE CITY OF GRIDLEY, AS THE SAME IS SET DOWN IN THE RECORDED PLAT THEREOF ON FILE IN THE RECORDER'S OFFICE OF SAID BUTTE COUNTY.

Date: JUN 2 6 2009

This is to certify that, if bearing the purple seal of this office, this is a true copy of the document filed with the Butte County Clerk-Recorder's Office.

Candace J. Grubbs
Butte County Clerk-Recorder

By: _____, Deputy





**2008-0001302**

RECORDING REQUESTED BY:
Ozella Faye Haley
AND WHEN RECORDED MAIL THIS
DOCUMENT AND TAX STATEMENTS
TO:

Name    **Ozella Haley**

Street
Address    **780 Indiana Street**

City, State
Zip    **Gridley, CA 95948**

Order No.

Recorded    | REC FEE    13.00
Official Records
County of
Butte
CANDACE J. GRUBBS |
County Clerk-Recorder|
| MZ
02:43PM 11-Jan-2008 | Page 1 of 3

SPACE ABOVE THIS LINE FOR RECORDER'S USE

*3*
*MZ*

AP# 010-180-005      **INTERSPOUSAL TRANSFER DEED**

(EXCLUDED FROM REAPPRAISAL UNDER CALIFORNIA CONSTITUTION ARTICLE 13 A SEC 1 ET. SEQ.)

**This is an Interspousal Transfer and not a change in ownership under Sec. 63 of the Revenue and Taxation Code and Grantor(s) has (have) checked the applicable exclusion from appraisal:**

☐    **A transfer to a trustee for the beneficial use of a spouse, or the surviving spouse of a deceased transferor, or by a trustee of such a trust to the spouse of the trustor**

☐    **A transfer to a spouse or former spouse in connection with a property settlement agreement or decree of dissolution of marriage or legal separation, R & T 11927or**

☑    **A creation, transfer, or termination, solely between spouses, or any co-owners Interest R & T 11911.**

☐    **The distribution of a legal entity's property to a spouse or former spouse in exchange for the interest of such spouse in the legal entity in connection with a property settlement agreement or a decree of dissolution of a marriage or legal separation.**

☐    **Other \_\_\_.**

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,:**
**PHILLIP M. HALEY, spouse of Grantee herein**

**hereby GRANT(S) to**
**OZELLA FAYE HALEY, a married woman as her separate property**

**the following real property in the City of BUTTE, County of Butte, State of California:**

**SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF**

Dated: January 9, 2008

_____
Phillip M. Haley



INTERSPOU

**STATE OF CALIFORNIA** } ss:

**COUNTY OF BUTTE**

On <u>January 11, 2008</u>, before me, <u>Lynette Garton, Notary Public</u>,
personally appeared <u>Phillip M. Haley</u>

who proved to me on the basis of satisfactory
evidence to be the person(s) whose name(s)
is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed
the same in his/her/their authorized
capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or
the entity upon behalf of which the person(s)
acted, executed the instrument.

I certify under PENALTY OF PERJURY under
the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

**FOR NOTARY SEAL OR STAMP**



LYNETTE GARTON
Comm. # 1652890
NOTARY PUBLIC-CALIFORNIA
County of Butte
Comm. Expires April 17, 2010



Notaryak

## EXHIBIT A

THE LAND REFERRED TO HEREIN IS DESCRIBED AS FOLLOWS:

ALL THAT CERTAIN REAL PROPERTY SITUATE IN THE CITY OF GRIDLEY, COUNTY OF BUTTE, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEING ALL OF LOT 1 IN BLOCK 27, OF THE CITY (FORMERLY TOWN) OF GRIDLEY, ACCORDING TO THE OFFICIAL MAP THEREOF NOW ON FILE IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA.

AP NO. 010-180-005

Date: __JUN 2 6 2009__
 This is to certify that, if bearing the
purple seal of this office, this is a true
copy of the document filed with the
Butte County Clerk-Recorder's Office.
          Candace J. Grubbs
       Butte County Clerk-Recorder
By: _M Zalah_____, Deputy





**2008-0001303**

|  Recorded | REC FEE | 13.00 |
| Official Records | | |
| County of | | |
| Butte | | |
| CANDACE J. GRUBBS | | |
| County Clerk-Recorder | | |

02:43PM 11-Jan-2008 | MZ
Page 1 of 3

**RECORDING REQUESTED BY:**
Ozella Faye Haley
AND WHEN RECORDED MAIL THIS
DOCUMENT AND TAX STATEMENTS
TO:

Name **Ozella Haley**

Street Address **780 Indiana Street**

City, State Zip **Gridley, CA 95948**

Order No.

SPACE ABOVE THIS LINE FOR RECORDER'S USE



AP# 010-180-021     **INTERSPOUSAL TRANSFER DEED**

(EXCLUDED FROM REAPPRAISAL UNDER CALIFORNIA CONSTITUTION ARTICLE 13 A SEC 1 ET. SEQ.)

**This is an Interspousal Transfer and not a change in ownership under Sec. 63 of the Revenue and Taxation Code and Grantor(s) has (have) checked the applicable exclusion from appraisal:**

☐ A transfer to a trustee for the beneficial use of a spouse, or the surviving spouse of a deceased transferor, or by a trustee of such a trust to the spouse of the trustor

☐ A transfer to a spouse or former spouse in connection with a property settlement agreement or decree of dissolution of marriage or legal separation, R & T 11927or

☑ A creation, transfer, or termination, solely between spouses, or any co-owners interest R & T 11911.

☐ The distribution of a legal entity's property to a spouse or former spouse in exchange for the interest of such spouse in the legal entity in connection with a property settlement agreement or a decree of dissolution of a marriage or legal separation.

☐ Other ____ .

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,:**
**PHILLIP MARSCHON HALEY, spouse of Grantee herein**

hereby GRANT(S) to
**OZELLA FAYE HALEY, a married woman as her separate property**

the following real property in the City of BUTTE, County of Butte, State of California:

**SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF**

Dated: January 9, 2008

_Phillip Marschon Haley_
Phillip Marschon Haley



INTERSPOU

**STATE OF CALIFORNIA**          } ss:

**COUNTY OF BUTTE**

On <u>January 11, 2008</u>, before me, <u>Lynette Garton, Notary Public</u>,
personally appeared <u>Phillip Marschon Haley</u>

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

| FOR NOTARY SEAL OR STAMP |
| --- |



LYNETTE GARTON
Comm. # 1652890
NOTARY PUBLIC-CALIFORNIA
County of Butte
Comm. Expires April 17, 2010



Notaryak

# Exhibit A

**DESCRIPTION:**

THE FOLLOWING DESCRIBED PROPERTY LOCATED IN BUTTE COUNTY, CALIFORNIA:

LOT 2, OF BLOCK 27 OF THE CITY (FORMERLY TOWN) OF GRIDLEY, BUTTE COUNTY, CALIFORNIA, ACCORDING TO THE OFFICIAL MAP THEREOF FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE STATE OF CALIFORNIA.

APN: 010-180-021-000

Date: JUN 2 6 2009
  This is to certify that, if bearing the
purple seal of this office, this is a true
  copy of the document filed with the
Butte County Clerk-Recorder's Office.
      Candace J. Grubbs
    Butte County Clerk-Recorder
By: _____ , Deputy



EXHIBIT "4"

MAY 0 2 2008

F I L E D
Butte County
Superior Court
MAY 07 2008
Sharol Strickland Clerk
By X X X X Deputy

1    DAVID J. MURRAY (Bar No. 158591)
     LAW OFFICES OF DAVID J. MURRAY
2    341 Broadway, Suite 407
     Chico, CA 95928
3    Telephone:    (530) 896-1144
     Facsimile:     (530) 896-1146
4

5    Attorney for plaintiff, James Graham

6       CONSOLIDATED SUPERIOR COURT OF THE STATE OF CALIFORNIA

7            IN AND FOR THE COUNTY OF BUTTE

8

9    JAMES GRAHAM                   Case No. 135388

10          Plaintiff,          [PROPOSED] ORDER TO
                            ENFORCE SETTLEMENT
11    v.                         AGREEMENT AND JUDGMENT
                            THEREON
12    PHILLIP M. HALEY dba ELITE STEEL
     BUILDING SYSTEMS; STAR BUILDING
13    SYSTEMS and DOES 1 through 20, inclusive,    Date: April 25, 2008
                            Time: 9:00 a.m.
14                            Dept: TBA
15          Defendants.

16

17        On April 25, 2008, plaintiff's motion to enforce the settlement agreement between plaintiff

18    James Graham and defendant Phillip M. Haley came on regularly for hearing in Department "A"

19    before the Honorable Thomas W. Kelly.

20        Having considered the moving and supporting papers, as well as any opposing pleadings, and

21    having heard argument of counsel, there being good cause appearing:

22        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to

23    enforce the settlement agreement against defendant Phillip M. Haley is **GRANTED** and that

24    plaintiff James Graham shall have judgment entered in his favor and against defendant Phillip M.

25    Haley in the amount of $50,750.00.

26    DATE: _5-7_ , 2008

27                           JUDGE OF THE SUPERIOR COURT

28

Proposed Order and Judgment

DO NOT DESTROY THIS ORIINAL NOTE: When paid, said original note, together with any instrument securing the same, must be surrendered to the Trustee for cancellation and retention before reconveyance will be made.

## PROMISSORY NOTE
### (Straight Note)

$50,000.00, Chico, California, County of Butte, ~~January~~ February 5 , 2007, after date, for value received, Phillip Haley promises to pay Highway 20 Industrial Park, a California General Partnership, or order at P.O. Box 106, Penn Valley, CA 95946, the sum of FIFTY THOUSAND DOLLARS, with interest on the unpaid principal amount at the rate of SIX (6) percent per annum, payable monthly in equal installments of Two Hundred and Fifty ($250.00) Dollars, interest only for a period of three (3) years, ending November 14, 2009. At such time, the entire principal balance shall be due and payable. Payments shall commence ion December 15, 2006 and shall be due on the 15th of each month until such time as the entire balance is due.

Should default be made in payment of interest when due, the whole sum of principal and interest shall become immediately due at the option of the holder of this note. Interest after default shall continue at the rate stated above, unless otherwise provided in writing. above this paragraph. Principal and interest are payable in lawful money of the United States.

If the borrower/trustor shall sell, convey or alienate said personal or real property pledged as security, or any part thereof, or any interest therein, or shall be divested of title or any interest therein in any manner or way, whether voluntarily or involuntarily, without the written consent of the beneficiary being first had and obtained, beneficiary shall have the right, at its option, to declare any indebtedness or obligations secured hereby, irrespective of the maturity date specified in any note evidencing the same, immediately due and payable.

If action be instituted on this note, the borrower/trustor herein promises to pay such sum or sums as a court of competent jurisdiction may fix as attorney's fees and costs.

_____        2/05/07
Phillip Haley                            Date Signed

**DO NOT DESTROY THIS NOTE**