Number of Pages: 62

FILED
August 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002851039

Douglas B. Jacobs (SBN 84153)
Jacobs, Anderson, Potter & Chaplin
20 Independence Circle
Chico, California 95973
(530) 342-6144
(530) 342-6310 fax

Attorney for Defendant, PHILLIP MARSCHON HALEY

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 09-43167-A-7 |
| PHILLIP MARSCHON HALEY, | Adversary No.: 10-02037-A |
| Debtor. | DCN: DBJ-1 |
| JAMES GRAHAM, | **DEFENDANT PHILLIPMARSCHON HALEY'S MOTION FOR ORDER COMPELLING DISCOVERY** |
| Plaintiff, | Date: September 20, 2010 |
| v. | Time: 9:00 a.m. |
| PHILLIP MARSCHON HALEY, | Courtroom: 28 |
| Defendant. | Judge: Judge Michael S. McManus |

COMES NOW the Defendant PHILLIP MARSCHON HALEY, by and through his undersigned attorney and submits to the Court the following:

1. That on June 7, 2010 Defendant propounded requests for the production of documents pursuant to Rule 34 of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 34(b)(2)) on plaintiff, JAMES GRAHAM.

2. That Defendant requested that the examination of the requested documents commence on July 7, 2010 at 10:00 am at the Law Offices of Jacobs, Anderson, Potter & Chaplin, LLP, 20 Independence Circle, Chico, CA 95973.

-1-

DEFENDANT'S MOTION FOR ORDER COMPELLING DISCOVERY

3. That Defendant served interrogatories on plaintiff, JAMES GRAHAM, on June 7, 2010 Pursuant to Fed. R. Civ. P. Rule, 33(b)(2), and the time for answering these interrogatories expired on July 7, 2010.

4. A meet and confer letter was sent on July 20, 2010 to plaintiff's attorney, David S. Silber regarding Plaintiff's failure to respond to Defendant's discovery. The time to respond to that letter expired on July 30, 2010. To date no response to the letter, or propounded discovery, has been received by Defendant.

WHEREFORE, pursuant to Rule 37 of the Federal Rules of Civil Procedure, defendant PHILLIP MARSCHON HALEY moves the court to enter an order providing as follows:

1. That plaintiff JAMES GRAHAM turn over to defendant PHILLIP MARSCHON HALEY photocopies of all the documents Defendant demanded in the Request for Production of Documents, or his cause of action be dismissed;

2. That plaintiff JAMES GRAHAM answer the interrogatories propounded by defendant PHILLIP MARSCHON HALEY, which he has failed to answer, or his cause of action be dismissed; and

3. That Plaintiff pay to Defendant his expenses of this motion, including reasonable attorney's fees.

Dated: 8/10/10

JACOBS, ANDERSON, POTTER & CHAPLIN, LLP

By: _____
Douglas B. Jacobs, Attorney for Defendant Phillip Marschon Haley