# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Graham v. Haley | **Case No :**  **Adv No :**  **Date :**  **Time :** | 09-43167 - A - 7  10-02037 - A  3/8/11  2:00 |
| **Matter :** | Trial - [1] - Adversary case 10-02037. (65 (Dischargeability - other)) : Complaint by James Graham against Phillip Marschon Haley. Fee $250 Not Paid (wlos) Modified on 4/21/2010 (msts). | | OPPOSED |
| **Judge :**  **Courtroom Deputy :**  **Reporter :**  **Department :** | David E. Russell  Sarah Head  Diamond Reporters  A | | |

**APPEARANCES for :**
**Movant(s) :**
   Defendant's Attorney - Douglas B. Jacobs
**Respondent(s) :**
   Defendant's Attorney - Douglas B. Jacobs
   Defendant - Phillip Marschon Haley

TRIAL was :
Judgment for defendant
Findings of fact/conclusions of law stated orally on record

The court will issue a minute order.